



Cite as 2014 Ark. App. 360

# ARKANSAS COURT OF APPEALS

DIVISION IV
No. CR–13–930

| | | |
|---|---|---|
| TIA HARRIS | APPELLANT | Opinion Delivered June 4, 2014 |
| V. | | APPEAL FROM THE PULASKI COUNTY CIRCUIT COURT, SEVENTH DIVISION [NO. 60CR-13-526] |
| STATE OF ARKANSAS | APPELLEE | HONORABLE BARRY SIMS, JUDGE |
| | | AFFIRMED; MOTION TO WITHDRAW AS COUNSEL GRANTED |

## PHILLIP T. WHITEAKER, Judge

This is a no-merit appeal from the revocation of appellant Tia Harris's probation, wherein she was sentenced to two years in the Arkansas Department of Correction. Appellant's counsel has filed a motion to withdraw, pursuant to *Anders v. California*, 386 U.S. 738 (1967), and in compliance with Rule 4-3(k) of the Rules of the Arkansas Supreme Court and Court of Appeals, stating that there are no meritorious grounds to support an appeal. The motion is accompanied by an abstract, brief, and addendum referring to everything in the record that might arguably support an appeal, including all motions, objections, and requests decided adversely to appellant and a statement of reasons why none of those rulings would be a meritorious ground for reversal. The clerk of this court furnished appellant with a copy of her counsel's brief and notified her of her right to file a pro se statement of points for reversal within thirty days. She did not do so.



From our review of the record and the briefs presented to us, we find compliance with Rule 4–3(k) and that the appeal is without merit. Accordingly, counsel's motion to withdraw is granted, and the order appealed from is affirmed.

Affirmed; motion to withdraw as counsel granted.

GRUBER and GLOVER, JJ., agree.

*William R. Simpson, Jr.*, Public Defender, and *Cheryl Barnard*, Deputy Public Defender, by: *Margaret Egan*, Deputy Public Defender, for appellant.

No response.